IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN-WILLIAM; MILBECK,

    Plaintiff,

v.

DEPUTY ALLISON GEORGE,
SERGEANT ALEXANDER SANCHEZ,
MARGARET M. DREES, and KENOSHA
COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

ORDER

Case No. 23-cv-525-wmc

    Plaintiff Ryan-William; Milbeck has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepaying the $402 filing fee. He has filed an affidavit of indigency in support of his request. The court considers his request under 28 U.S.C. § 1915.

    Plaintiff indicates that his annual income is $51,000. The income of his spouse, from whom he is estranged, is unknown. His assets include $1,200 in cash, checking, or savings. His monthly expenses include a mortgage, credit card debt, child support, and attorneys' fees (not related to this case) in the amount of $2,600.

    After considering his income, assets, and obligations, and other circumstances described in his affidavit of indigency, the court finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiff must prepay the filing fee to commence this action.

ORDER

IT IS ORDERED that plaintiff Ryan-William; Milbeck's petition to proceed without prepaying the filing fee is DENIED. Plaintiff must pay the $402 filing fee no later than September 8, 2023. If plaintiff fails to do so, this action may be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 10th day of August, 2023.

BY THE COURT:

/s/

_____

ANDREW WISEMAN
Magistrate Judge